UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUDY DEES, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CHARLES DEES | * * * * | MISC. CASE NO. 17-mc-30 |
| VERSUS | * * | |
| TAKED PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS U.S.A., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERCIA, INC., and TAKEDA PHARMACEUTICAL COMPANY LIMITED; DEFENDANTS | * * * * * * * * * * * | JUDGE DOHERTY

MAGISTRATE JUDGE HANNA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, CHARLES DEES**

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Judy Dees as Special Administrator and Derivative; and Charles Malcolm Dees, Darlene Dees Nash and Vernie Dees as Derivative Claimants and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Judy Dees as Special Administrator and Derivative; and Charles Malcolm Dees, Darlene Dees Nash and Vernie Dees as Derivative Claimants individually and as legal heirs to the Estate of Charles Dees deceased, and Takeda, as notice to the Court on March 1, 2017 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this 8th of March, 2017.

```
                                    _____
                                    HONORABLE PATRICK J. HANNA
                                    UNITED STATES MAGISTRATE JUDGE
```